# ALSTON & BIRD

One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
404-881-7000 | Fax: 404-881-7777

**Robert L. Lee**     Direct Dial: **+1 404 881 7635**     Email: **bob.lee@alston.com**

August 26, 2024

<u>Via CM/ECF</u>

The Honorable Margaret M. Garnett
The United States District Court
    For the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:    Case No. 1:24-cv-05336-MMG - *Skechers U.S.A., Inc. et al. v. L.L. Bean et al.* --
        Joint Letter Motion to Extend Time

Dear Judge Garnett:

    We represent Plaintiffs Skechers U.S.A., Inc. and Skechers U.S.A., Inc. II ("Skechers") in the above-referenced action. We write in order to move by letter-motion for an extension of time in accordance with the Court's Individual Rules and Practices, paragraph I.B.5. Defendant L.L. Bean, Inc. joins with Skechers in this letter-motion.

    Skechers filed its Complaint (Dkt. 1) on July 15, 2024, and served it on L.L Bean on July 17, 2024. L.L. Bean requested a 30-day extension of time to respond to Skechers' complaint, which request (Dkt. 17) was granted by the Court on August 6, 2024 (Dkt. 18). L.L.B Bean's current deadline to respond to Skechers' Complaint is set for September 6, 2024. That response deadline falls after the parties' deadline to submit their Case Management Plan and Scheduling Order, currently due on August 28, 2024, and the Court's Initial Pretrial Conference set for September 4, 2024.

    The parties submit that they will be better able to address issues and propose an appropriate schedule in their Case Management Plan and Scheduling Order, and to respond to any inquiries from the Court at the Initial Pretrial Conference, after L.L. Bean responds to Skechers' Complaint. Accordingly, the parties request an extension of the deadline for the parties' Case Management Plan and Scheduling Order, and adjournment of the currently scheduled Initial Pretrial Conference to a date subsequent to the filing of L.L. Bean's response to Skechers' Complaint.

Alston & Bird LLP     www.alston.com

Atlanta | Brussels | Century City | Charlotte | Chicago | Dallas | London | Los Angeles | New York | Raleigh | San Francisco | Silicon Valley | Washington, D.C.

LEGAL02/44798964v1

The Honorable Margaret M. Garnett
August 26, 2024
Page 2

     Counsel for the parties have conferred, and counsel can be available for the Initial Pretrial Conference at the Court's convenience on or subsequent to Tuesday, October 8, 2024. The parties will submit their proposed Case Management Plan and Scheduling Order at least one week before the Court's Initial Pretrial Conference as rescheduled. This request is the parties' first request for the extension of these deadlines.

     WHEREFORE, the parties respectfully request that the Court grant this motion and enter an order rescheduling the Court's Initial Pretrial Conference to a date on or subsequent to **October 8, 2024**.

Sincerely yours,

| | |
|---|---|
| /s/ Robert L. Lee | /s/ Timothy Heaton |
| Robert L. Lee | Timothy P. Heaton |
| Counsel for Plaintiffs | Counsel for Defendant |
| Skechers U.S.A., Inc. and | L.L. Bean, Inc. |
|    Skechers U.S.A., Inc. II | |

CC: All Counsel of Record (via CM/ECF)

---

Request GRANTED. The Initial Pretrial Conference that was previously scheduled for September 4, 2024, and the deadline for the parties to submit a proposed Case Management Plan and Scheduling Order are ADJOURNED to **Wednesday, October 9, 2024 at 11:00 a.m.**, **and October 2, 2024, respectively**. The Clerk of Court is directed to terminate Dkt. No. 23.

SO ORDERED.  Date 8/26/2024

HON. MARGARET M. GARNETT
U.S. DISTRICT JUDGE