UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SKECHERS U.S.A., INC. and SKECHERS U.S.A., INC, II,<br><br>                    Plaintiffs,<br><br>     v.<br><br>L. L. BEAN, INC. and Does 1-10 inclusive,<br><br>                    Defendants. | Case No.: 1:24-cv-05336-MMG<br><br>[PROPOSED] INJUNCTION AND DISMISSAL |

      Plaintiffs Skechers U.S.A., Inc. and Skechers U.S.A., Inc. II (collectively "Skechers") and defendant L. L. Bean, Inc. ("LLB") have filed a Stipulation to Entry of Injunction and Dismissal advising the Court that they have signed a settlement agreement that resolves all the issues raised in this action and that they have stipulated to a proposed injunction and dismissal. Based thereon, the Court ORDERS, ADJUDGES, and DECREES that:

      1.     LLB and those in active concert or participation with LLB who receive actual notice of this order, are enjoined from the manufacture, use, offer for sale, and/or sale within the United States and/or from importing into the United States (1) the accused Freeport shoe, representative images of which

appear below, and (2) any shoe falling within the scope of the Heel Cup Patents until expiration of the last to expire of U.S. Pat. Nos. D992,888 and D992,888.







2. Upon entry of this injunction, this case is dismissed with prejudice, provided, however, that the Court expressly retains jurisdiction over this action and over LLB in order to enforce this injunction as needed.

3. As between Skechers and LLB, each party shall bear its own costs, expenses, and attorneys' fees.

IT IS SO ORDERED, ADJUDGED, and DECREED.

Dated: _____   _____
                                          HON. MARGARET M. GARNETT
                                          UNITED STATES DISTRICT JUDGE